WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorney for Plaintiff Deutsche Bank National Trust Company, As Trustee For Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO TITLE INSURANCE COMPANY,<br><br>                    Defendants. | Case No.:  2:19-cv-00220-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIDELITY'S MOTION TO DISMISS [ECF NO. 6] AND CHICAGO'S MOTION TO DISMISS [ECF NO. 7]**<br><br>[First Request] |

Plaintiff, Deutsche Bank National Trust Company, As Trustee For Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R3 ("Deutsche Bank"), Defendant Fidelity National Title Group, Inc. ("Fidelity"), and Defendant Chicago Title Insurance Company ("Chicago"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1. On May 28, 2019, Fidelity filed a Motion to Dismiss for Lack of Personal Jurisdiction; or in the Alternative, to Dismiss for Failure to State a Claim; Memorandum of Points and Authorities [ECF No. 6];

2. On May 28, 2019, Chicago filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction; Memorandum of Points and Authorities [ECF No. 7];

3. Deutsche Bank's response to the Motions to Dismiss are currently due June 11, 2019;

4. Deutsche Bank's counsel is requesting an additional thirty (30) days to file its responses to the Motions to Dismiss, and thus requests up to July 11, 2019, to file its Oppositions;

5. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in the Motions;

6. Counsel for Fidelity and Chicago does not oppose this extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

8. In addition, the Parties stipulate to stay discovery pending conclusion of briefing on the Motions to Dismiss [ECF Nos. 6 and 7]; in other words, through the date that Fidelity and Chicago each file a Reply in support of their respective Motion to Dismiss. Thereafter, discovery shall automatically resume.

**IT IS SO STIPULATED.**

| DATED this 11th of June, 2019. | DATED this 11th of June, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Christina V. Miller* <br> Christina V. Miller, Esq. <br> Nevada Bar No. 12448 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff Deutsche Bank National Trust Company, As Trustee For Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R3* | */s/ Sophia S. Lau* <br> Kevin S. Sinclair, Esq., <br> Nevada Bar No. 12277 <br> Sophia S. Lau, Esq., <br> Nevada Bar No. 13365 <br> 8716 Spanish Ridge Avenue, Suite 105 <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants, Fidelity National Title Group, Inc. and Chicago Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __12th__ day of ____June____, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE