Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN KARGHER LLP
15260 Ventura Blvd., Suite 715
Sherman Oaks, California 91403
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. AND CHICAGO
TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Janet Trost, Esq.
501 S. Rancho Drive
Suite H-56
Las Vegas, Nevada 89106

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>              Defendants. | Case No.: 2:19-CV-00220-RFB-DJA<br><br>**STIPULATION TO DISMISS ACTION PURUSANT TO FRCP 41** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Deutsche Bank National Trust Company and Defendants Fidelity National Title Group, Inc. and Chicago Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to



1
**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

bear its own fees and costs.

Dated:  December 27, 2023                        SINCLAIR BRAUN KARGHER LLP


By:   */s/-Kevin S. Sinclair*
        KEVIN S. SINCLAIR
        Attorneys for Defendants
        Fidelity National Title Group, Inc. and Chicago
        Title Insurance Company

Dated:  December 27, 2023                        WRIGHT FINLAY & ZAK LLP


By:   */s/-Lindsay D. Dragon*
        LINDSAY D. DRAGON
        Attorneys for Plaintiff
        DEUTSCHE BANK NATIONAL TRUST
        COMPANY

**IT IS SO ORDERED.**

**DATED:** December 29, 2023.

_____
RICHARD F BOULWARE, II
UNITED STATES DISTRICT JUDGE

